IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| In the Matter of: | ) | Chapter 13 |
| Daeshia R McKie | ) | |
| 309 Saint Andrews Dr | ) | Case No: 22-10099-SDB |
| Augusta, GA 30909 | ) | |
| | ) | |
| Debtor | | |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Chapter 13 Trustee Huon Le, by and through counsel, and pursuant to 11 U.S.C. Sections 1324 (a) and 1325, objects to the confirmation of the Debtor's proposed plan.

The specific deficiency is:

1. Debtor must provide a complete copy of a Domestic Support Obligation Questionnaire to the Trustee before her case can be recommended for confirmation.

WHEREFORE, said Trustee prays that the Court deny confirmation of Debtor's proposed plan.

This 24th day of March 2022.

/s/ Frederick L. Carpenter
_____
Frederick L. Carpenter, Attorney for
Chapter 13 Trustee Huon Le
Georgia Bar No. 341438

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Trustee's Objection to Confirmation have been forwarded by either electronic or first-class mail, postage prepaid, to the above-named Debtor and the parties whose name appears below, on the 24th day of March 2022.

/s/ Lucinda Mcleod
_____
Office of the Chapter 13 Trustee
Post Office Box 2127
Augusta, GA 30903-2127

Duncan & Brow
Attorneys At Law
2608 Commons Blvd Ste A
Augusta, GA  30909