**IT IS ORDERED as set forth below:**



Date: April 18, 2022

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAESHIA R. McKIE, | ) | CHAPTER 13 |
| | ) | CASE NO. 22-10099-SDB |
| DEBTOR. | ) | |

### ORDER ON PENTAGON FEDERAL CREDIT UNION'S MOTION FOR LEAVE TO CONDUCT EXAMINATIONS OF THE DEBTOR PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Movant, Pentagon Federal Credit Union, a creditor in the above referenced matter ("CREDITOR") filed a Motion requesting this Court enter an Order directing Debtor, Daeshia R. McKie ("DEBTOR") to Produce Documents and to appear at an examination. For good cause shown, it is therefore

ORDERED that DEBTOR shall appear for examination at 2:00 p.m. on April 29, 2022, at the office of Creditor's counsel, Cleary, West & Huff, LLP, 1223 George C. Wilson Dr., Augusta, GA 30909, and to bring all documents in her possession, custody and control pertaining to her Cash App account in December 2021 and January 2022.

**[END OF DOCUMENT]**

Presented By:

/s/ Nathan E. Huff
Nathan E. Huff
Attorney for Creditor
GA Bar #773611
Cleary, West & Huff, LLP
nhuff@cwhllp.com